Rivard *et al. v.* Walker *et al.*

THIS cause was originally brought in the first grand division, and by agreement the venue was changed to the second grand division. While the record was still at Mount Vernon, Mr. O'MELVENY asked leave to withdraw it for the purpose of preparing the cause for trial at Springfield.

## RIVARD *et al. v.* WALKER *et al.*

(January Term, 1866.)

1. WITHDRAWING TRANSCRIPT OF RECORD *for amendment.* A transcript of the record filed in this court will not be allowed to be withdrawn for the purpose of amendment.

2. MODE OF AMENDING THE TRANSCRIPT. Where an order, not belonging to the case, has been improperly copied into the transcript, the clerk below can copy such order and certify to the Supreme Court that it does not belong to the case.

A WRIT of *certiorari* was awarded in this case at the instance of the defendant in error, upon his suggestion that the record should be amended; and Mr. HAY, on his behalf, asked leave to withdraw the transcript of the record from the files, in order that the amendment might be made upon the transcript.

Per CURIAM: We cannot allow the transcript to be withdrawn for that purpose.

Mr. HAY: The amendment desired is the exclusion from the transcript an order improperly copied therein.

Per CURIAM: The clerk of the court below can copy the order which is improperly copied into the transcript, and certify to us that it does not belong to this case.